(*Burr* v. *Beers*, 24 N. Y., 178; *Lawrence* v. *Fox*, 20 id., 268; *Hutchings* v. *Miner*, 46 id., 456.)

*Isaac L. Egbert*, for the appellant.

*Frank J. Dupignac*, for the respondents.

Opinion by Daniels, J.; Davis, P. J., and Brady, J., concurred.

Judgment and order affirmed.

---

In the Matter of the Petition of Charles E. Appleby to vacate an Assessment, etc.— Order denying application affirmed. * Opinion by Daniels, J.

In the Matter of the Petition of Harriet Bell to vacate an Assessment, etc. — Orders affirmed without costs to either party. * Opinion by Daniels J.

In the Matter of the Petition of Lewis Knaust to vacate an Assessment, etc. — Order appealed from reversed and motion of petitioner denied. * Opinion by Daniels, J.

Robert Stewart, *Respondent*, v. John Stewart and others, *Appellants*. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

William H. Shipply, *Plaintiff in Error*, v. The People of the State of New York, *Defendants in Error*. — Judgment affirmed. Opinion by Davis, P. J.

The People of the State of New York, *Respondents*, v. Henry Beyer, *Appellant*. — Judgment affirmed. Opinion by Daniels, J., and by Brady, J., dissenting.

Catherine Hart, *Respondent*, v. Theodore E. Lyon, *Appellant*. — Judgment affirmed. Opinion by Davis, P. J.

John Beattie, *Survivor*, etc., *Respondent*, v. The Delaware, Lackawanna and Western Railroad Company, *Appellants*. — Judgment affirmed. Opinion by Daniels, J.

Mary Ann Campbell, etc., *Respondent*, v. Charles L. Beaumont, *Appellant*. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

---

* Handed down April, 1881.